1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

THAO T. L.,[1]

                Plaintiff,

    v.

NANCY A. BERRYHILL, Deputy
Commissioner of Operations of Social
Security,

                Defendant.

Case No.  SA CV 17-01479-RAO

**JUDGMENT OF REMAND**

      In accordance with the Memorandum Opinion and Order filed concurrently herewith,

      IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED:    November 14, 2018        *Rozella a. Oli*
                                ROZELLA A. OLIVER
                                UNITED STATES MAGISTRATE JUDGE

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.